1422

## RECONSIDERATION DOCKET

**93–2179.** State v. Lundgren. *Lake County,* Nos. 90–L–15140 and 91–L–036. Reported at 73 Ohio St.3d 474, 653 N.E.2d 304. On motion for reconsideration. Motion denied.

**93–2377.** State v. Allen. *Cuyahoga County,* No. 62275. Reported at 73 Ohio St.3d 626, 653 N.E.2d 675. On motion for reconsideration. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.